**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY EUGENE WALKER BEY, a.k.a. RODNEY BEY,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES WALKER (Warden),<br><br>        Respondent. | No. CV 05-2324-ODW(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: August 24, 2011

_____
OTIS D. WRIGHT, II
United States District Judge

1