# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY EUGENE WALKER BEY, a.k.a. RODNEY BEY, Petitioner, v. JAMES WALKER (Warden), Respondent. | No. CV 05-2324-ODW(CW) JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>August 24, 2011</u>

_____
OTIS D. WRIGHT, II
United States District Judge